IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CESAR MALDONADO-VAZQUEZ<br>Plaintiff<br>vs<br>FERNANDO E. FAGUNDO, in his official capacity as Executive Director of the Authority of Highways and Transportation and in his personal capacity;<br>DAVID AVILES-GONZALEZ, in his capacity as Director of the Human Resources Area of the Authority of Highways and Transportation and in his personal capacity;<br>PUERTO RICO HIGHWAYS AUTHORITY<br>Defendants | CIVIL 04-1070CCC |

# O R D E R

The Statement of Uncontested Facts submitted by defendants Puerto Rico Highway Authority and Fernando Fagundo in his official capacity (**docket entry 15**) is NOTED.

The Motion Joining Co-defendants Motion for Summary Judgment filed by defendants Fernando Fagundo and David Avilés in their personal capacities (**docket entry 16**) is NOTED.

The Leave to Reply to Defendants' Opposition to Motion for Summary Judgment and for Extension of Time to File the Same filed by defendants Puerto Rico Highways Authority, Fernando Fagundo and David Avilés-Gonzalez in their official capacities (**docket entry 18**) is GRANTED as to the leave requested and MOOT as to the extension of time. The Court notes that the reply brief was filed on December 28, 2004 (**docket entry 20**).

Plaintiff's Motion Requesting That the Scope of Defendants' Reply to Plaintiff's Opposition Be Limited to the Scope Authorized by Local Rule 56(d) (**docket entry 19**) is NOTED.

SO ORDERED.

At San Juan, Puerto Rico, on September 29, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge