IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CESAR MALDONADO-VAZQUEZ<br>Plaintiff<br><br>vs<br><br>FERNANDO E. FAGUNDO, in his official capacity as Executive Director of the Authority of Highways and Transportation and in his personal capacity;<br>DAVID AVILES-GONZALEZ, in his capacity as Director of the Human Resources Area of the Authority of Highways and Transportation and in his personal capacity;<br>PUERTO RICO HIGHWAYS AUTHORITY<br>Defendants | CIVIL 04-1070CCC |

**O R D E R**

By no later than March 16, 2006, when the settlement conference will be held, the parties shall file an amended, streamlined list of witnesses who are relevant to the sole remaining claim, to wit: the retaliation claim against defendant David Avilés in his personal capacity and official capacities, and consequently against the Puerto Rico Highway Authority.

SO ORDERED.

At San Juan, Puerto Rico, on February 22, 2006.

S/CARMEN CONSUELO CEREZO
United States District Judge